IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01356-BNB

NICK SMITH-BEY,

    Plaintiff,

v.

WARDEN REID,
CASE MANAGER MURPHY,
CLASSIFICATION SPECIALIST OWENS,
CASE MANAGER GLIDEWELL, and
SEGREGATION SUPERVISOR LT. TROXELL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -4 2008

GREGORY C. LANGHAM
                CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED August 4, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01356-BNB

Nick Smith-Bey
Prisoner No. 98861
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/4/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk