IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01356-DME-KLM

NICK SMITH-BEY,

    Plaintiff,

v.

WARREN REID,
CASE MANAGER MURPHY,
CLASSIFICATION SPECIALIST OWENS;
CASE MANAGER GLIDEWELL, and
SEGREGATION SUPERVISOR LT. TROXELL [sic],

    Defendants.

## ORDER DISMISSING ACTION AS TO DEFENDANT TROXEL

Plaintiff, Nick Smith-Bey ("Smith-Bey"), a Colorado state prisoner proceeding pro se and in forma pauperis, brought this action pursuant to 42 U.S.C. § 1983, alleging that defendants violated his rights under the Fourteenth and Eighth Amendments. Defendants Reid, Murphy, Owens, and Glidewell moved, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the complaint for failure to state a claim (Dkt. # 22), Magistrate Judge Mix recommended that the motion be granted (Dkt. #36), and Smith-Bey objected to the magistrate judge's Report and Recommendation (Dkt. #37). On March 13, 2009, this Court overruled Smith-Bey's objections, adopted in full Magistrate Judge Mix's Report and Recommendation, and granted the motion to dismiss. (Dkt. # 39.)

In granting the motion to dismiss as to defendants Reid, Murphy, Owens, and Glidewell, this Court also ordered Smith-Bey to show cause, by way of a written response filed with the Court no later than March 27, 2009, why his action against Defendant Troxel should not be dismissed for failure to effect service within 120 days after the complaint was filed, as required by Fed. R. Civ. P. 4(m). Smith-Bey did not respond to the order to show cause.

The Federal Rules of Civil Procedure mandate that

> [i]f a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). In this case, Smith-Bey's complaint was filed on June 27, 2008 (Dkt. #3), and defendants Reid, Murphy, Owens, and Glidewell waived service of process on August 28, 2008 (Dkt. #16). However, Defendant Troxel was never served, nor did she ever waive service of process. Because Smith-Bey has not shown good cause for the failure to serve Defendant Troxel within the 120-day period mandated by Rule 4(m), it is hereby

ORDERED that, pursuant to Fed. R. Civ. P. 4(m), this action in its entirety is DISMISSED WITHOUT PREJUDICE as to defendant Troxel. Previously, the action had been dismissed with prejudice as to the other defendants. Accordingly, all defendants have now been dismissed, and this action is now final and closed. Judgment shall enter accordingly.

DATED at Denver, Colorado, this 2nd day of April, 2009.

        BY THE COURT:

        *s/ David M. Ebel*
        _____
        David M. Ebel
        United States Circuit Judge